

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2018

No. 04-17-00007-CV

**13 HEIN, L.L.C.** and Robert P. Hein,
Appellants

v.

Analicia Pena de **BECERRA**, Federico Javier Pena Llanos, Lilia Leticia Pena de Borrego, Hilde
Pena de Trad, Elsa Pena Cass, Zimmerman Limited Partnership No. 1,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVF-001164-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice

The appellants' motion for extension of time to file motion for rehearing is hereby
GRANTED. Time is extended to August 10, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 25th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court